In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00149-CV**
_____

**IN THE INTEREST OF G.L.B.**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-01-00368-CV**

**MEMORANDUM OPINION**

On March 1, 2021, the trial court signed a final order denying relief in a suit to modify the parent-child relationship. Luigi Ballatori filed a notice of appeal but failed to file a brief to support his appeal. On October 5, 2021, we notified the parties that Ballatori's brief was past due. We warned the parties that unless we received a brief and motion for extension of time by October 15, 2021, the Court would submit that appeal on the record without a brief. We warned Ballatori that the failure to file a brief could result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). On November 19, 2021, we granted a final extension for the brief

1

and notified the appellant that no further extension would be granted except for good cause shown. The appellant failed to file a brief. On December 7, 2021, we notified the parties that the Court was submitting the appeal on the record alone without briefs as of December 28, 2021.

We conclude that Ballatori failed to comply with the Court's instructions and has not prosecuted his appeal. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b); *id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 28, 2021
Opinion Delivered January 13, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

2